UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. HEILPRIN,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES TREMBLAY and JANE DOE TREMBLAY, and their marital community composed thereof; and INSURANCE CORPORATION OF BRITISH COLUMBIA, CANADA,<br><br>　　　　　　Defendants. | CASE NO: C05-786RSM<br><br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

A scheduling conference in this matter is set for Wednesday, July 6, 2005, at 1:30 p.m., United States Courthouse, 700 Stewart Street, Seattle, Washington, 13th Floor Courtroom.

DATED this 27th day of June, 2005.

　　　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk


　　　　　　　　　　　　　　　　　　　　By /s/ Laurie Cuaresma
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk