# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| RICHARD A HEILPRIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) **C05-786 JPD** <br> JAMES TREMBLAY, et al., ) <br> ) <br> Defendant. ) **MINUTE ORDER** | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Prior to the consent of this matter to this Court, Judge Martinez scheduled the jury trial for Monday, April 3, 2006. Upon review of this Court's calendar, the trial date is confirmed. Therefore, the parties will adhere to the following schedule:

JURY TRIAL
in Courtroom 12 A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 3, 2006 @ 9:00am

Proposed voir dire questions, jury instructions,
and trial briefs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 30, 2006

Trial Exhibits, delivered to the Clerk . . . . . . . . . . . . . . . . . . March 30, 2006 by 4:00pm

FINAL PRETRIAL CONFERENCE
in Courtroom 12 A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 16, 2006 @ 1:30pm

**MINUTE ORDER**

1     Lodging of Proposed Pretrial Order . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 9, 2006

2     Motions in Limine . . . . . . . . . . . . . . . . . . . . . . . . . filed no later than March 2, 2006

3     Dispositive Motions . . . . . . . . . . . . . . . . . . . . . . . filed no later than December 8, 2005

4

5     All other dates are specified in the Local Civil Rules.  These are firm dates that can be

6 changed only by order of the Court, not by agreement of counsel or the parties.  The Court will

7 alter these dates only upon good cause shown.

8     The original and one copy of the trial exhibits are to be delivered to the deputy clerk

9 named below.  Each exhibit shall be clearly marked.  The Court's procedure for numbering

10 exhibits is as follows: Plaintiff's exhibits shall be numbered consecutively beginning with number

11 1; defendant's exhibits shall be numbered consecutively beginning with the next number not used

12 by the plaintiff.  Duplicate documents shall not be listed twice; once a party has identified an

13 exhibit in the pretrial order any party may use it.  Each set of exhibits shall be submitted in a three-

14 ring binder with appropriately numbered tabs.

15

16                                   Dated this 7th day of September, 2005

17                                   Bruce Rifkin, Clerk of Court

18                                   /S/   PETER H. VOELKER
                                  Peter H. Voelker, Deputy Clerk

19

20

21

22

23

24

25

26 **MINUTE ORDER**